| | |
|---|---|
| 1 | MICHAEL L. PICKERING (Bar No. 109384) |
|   | **PICKERING LAW CORPORATION** |
| 2 | 1915 Placer Street |
|   | P.O. Box 992200 |
| 3 | Redding, CA  96099-2200 |
|   | (530) 241-5811 |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | Carri Systems |
| 6 | WILLIAM J. FRIMEL (Bar No. 160287) |
|   | THOMAS A. BURG (Bar No. 211937) |
| 7 | **DLA PIPER US LLP** |
|   | 2000 University Avenue, |
| 8 | East Palo Alto, CA  94303-2248 |
|   | Tel: 650-833-2000 |
| 9 | Fax: 650-833-2001 |
| 10 | Attorneys for Defendant, |
|    | Supermicro Computer, Inc. |

***E-FILED - 9/13/07***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITECHNIC, S.A., a French corporation, and CARRI SYSTEMS, a dba of DIGITECHNIC, a French corporation, | CASE NO.  C 04 0916 RMW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON MOTION TO REOPEN FILE (LOCAL RULE 7-11)** |
| v. | |
| SUPERMICRO COMPUTER, INC., a California corporation, also known as SOCIETE SUPERMICRO in France, | |
| Defendant(s). | |

    Plaintiff Digitechnic, Sarl, formerly S.A. ("Digitechnic") and Defendant Supermicro Computer, Inc. ("Supermicro") hereby stipulate and agree, by and through their attorneys, as follows:

    WHEREAS, Digitechnic noticed a hearing on its motion to reopen file for September 21, 2007;

    WHEREAS, lead counsel for Supermicro, William Frimel, has a previously scheduled

1  meeting in another matter on the morning of September 21, 2007, that would prevent him from
2  attending the hearing. This meeting, which involves multiple lawyers, multiple parties, and an
3  accountant, would be extremely difficult or impossible to reschedule because of the number of
4  parties and schedules involved;

5      WHEREAS, all parties respectfully request that the Court briefly continue the hearing on
6  the motion to reopen until September 28, 2007, at 9:00 a.m.

7      IT IS THEREFORE STIPULATED AND AGREED THAT: the hearing on Digitechnic's
8  motion to reopen file shall be continued to September 28, 2007, at 9:00 a.m.

9      IT IS SO STIPULATED.

10 Dated: August 16, 2007    PICKERING LAW CORPORATION

12 By: _____
       MICHAEL L. PICKERING
13     Attorneys for Plaintiff
       CARRI SYSTEMS

15 Dated: August 17, 2007    DLA PIPER U.S. LLP

17 By: _____
       WILLIAM J. FRIMEL
18     THOMAS A. BURG
       Attorneys for Defendant
19     SUPERMICRO COMPUTER, INC.

20 PURSUANT TO STIPULATION IT IS SO ORDERED.

21 Dated: 9/13/07

23 _____
       *Ronald M. Whyte*
24     HON. RONALD M. WHYTE

28     -2-
STIP. AND ORDER TO CONTINUE HEARING DATE (LR 7-11)
CASE NO. C 04 0916 RMW