**E-FILED on** 2/22/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITECHNIC, S.A., a French corporation, and CARRI SYSTEMS, a dba of DIGITECHNIC, a French corporation<br><br>Plaintiffs,<br><br>v.<br><br>SUPERMICRO COMPUTER, INC., a California corporation, also known as SOCIETE SUPERMICRO in France<br><br>Defendants. | No. C-04-00916 RMW<br><br>ORDER RE: CONVERSION DATE<br><br>**[Re Docket Nos. 79, 80]** |

On October 2, 2007, the court re-opened this case and required defendant Supermicro Computer, Inc. ("Supermicro") to post a bond. At the hearing, the parties indicated that they would work out the details of the bond. Unable to fully agree, the parties ask the court to determine what the conversion date for the bond amount should be. Plaintiff Carri Systems, a d/b/a of Digitechnic, S.A. ("Digitechnic") asks the court to set the conversion date to be the date preceding the posting of the bond; Supermicro contends that the conversion date should be the date of judgment.

1     The court has reviewed the parties' papers and finds that the conversion date to be used to convert the French judgment from euros to dollars should be the banking day preceding the posting of the bond.

DATED: 2/22/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Michael L. Pickering	pickerng@c-zone.net

**Counsel for Defendants:**

Thomas A. Burg	thomas.burg@dlapiper.com
William J. Frimel	bill.frimel@dlapiper.com
Jeffrey Lederman	jlederman@winston.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/22/08	/s/ MAG
**Chambers of Judge Whyte**