IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIGITECHNIC, S.A., et al.,

    Plaintiff,

v.

SUPERMICRO COMPUTER, INC.,

    Defendants.

***E-FILED - 11/16/11***

CASE NO.: C-04-00916-RMW

**ORDER TO SHOW CAUSE RE: DISMISSAL**

It appears that no filing or action has been taken in this case since March 25, 2008. The Court assumes it has been settled or is not being pursued. Therefore,

IT IS HEREBY ORDERED that the parties shall appear on **December 9, 2011 @ 9:00 a.m.** in courtroom 6 of this Court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to diligently prosecute.

In addition to appearing on December 9, 2011, the parties shall file a joint status report with the Court by December 2, 2011.

IF THE PARTIES FAIL TO COMPLY WITH THIS ORDER, THE CASE WILL BE DISMISSED.

DATED: November 16, 2011

*/s/ Ronald M. Whyte*

———————————————
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO SHOW CAUSE
CASE NO.: C-04-00916 RMW